JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER AMADOR,<br>Petitioner,<br>v.<br>DHS, et al.<br>Respondents. | Case No. 5:26-cv-01139-SSS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Grounds 1 and 2 of the Petition are granted, and Ground 3 is denied without prejudice to Petitioner's counsel filing a motion to recover fees under the Equal Access to Justice Act.

DATED: July 22, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE